IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02174-BNB

ROBERT H. DIXON,

    Applicant,

v.

STEVE HARTLEY, Warden,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**ORDER DENYING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

    Applicant, Robert H. Dixon, is a prisoner in the custody of the Colorado Department of Corrections at the Arkansas Valley Correctional Facility, in Ordway, Colorado.  Mr. Dixon has submitted to the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are in proper form.  For the reasons stated below, the § 1915 motion will be denied because Mr. Dixon does not qualify for leave to proceed pursuant to § 1915.

    Subsection (a)(1) of 28 U.S.C. § 1915 allows a litigant to commence a lawsuit without prepayment of fees or security therefor.  However, "[t]here is no absolute right to proceed in court without paying a filing fee in civil matters."  ***Holmes v. Hardy***, 852 F.2d 151, 153 (5th Cir. 1988); ***see also*** 28 U.S.C. § 1914(a).  Proceeding ***in forma pauperis*** pursuant to § 1915, ***i.e.*** without paying a filing fee under § 1914, is a privilege extended to individuals unable to pay such a fee.  ***See Holmes***, 852 F.2d at 153.

The certified copy of Mr. Dixon's account statement, filed on August 14, 2013, shows that he has an available balance of $16.17 in his inmate account as of July 31, 2013. Therefore, the Court finds that Mr. Dixon has sufficient funds to pay the $5.00 filing fee. The § 1915 motion will be denied. Mr. Dixon will be directed to pay the $5.00 filing fee required pursuant to 28 U.S.C. § 1914 if he wishes to pursue his claims in this action. Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action [Doc. # 3], submitted by Applicant, Robert H. Dixon, is denied. It is

FURTHER ORDERED that Mr. Dixon shall pay the full **$5.00** filing fee **within thirty (30) days from the date of this order** if he wishes to pursue his claims in this action. It is

FURTHER ORDERED that, if Mr. Dixon fails to pay the $5.00 filing fee within the time allowed, the action will be dismissed without further notice. It is

FURTHER ORDERED that the August 23, 2013 Order Denying Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. # 4] is **vacated** because the Order inadvertently contained incorrect information concerning the Applicant's financial status.

DATED at Denver, Colorado, this   9th   day of    September   , 2013.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court