IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02174-BNB

ROBERT H. DIXON,

    Applicant,

v.

STEVE HARTLEY,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the amended application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of proceedings in ***People v. Robert H. Dixon,* Denver District Court No. 06CR3022**, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1)    Clerk of the Court
        Denver County District Court
        1437 Bannock Street, Room 256
        Denver, Colorado 80202; and

 (2) Court Services Manager
   State Court Administrator's Office
   1300 Broadway
   Denver, Colorado  80203.

DATED March 3, 2014, at Denver, Colorado.

             BY THE COURT:

             s/ Boyd N. Boland
             United States Magistrate Judge